

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00052-CV

**IN RE** Destiny Renee **MORENO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: February 5, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On January 27, 2020, relator filed a petition for writ of mandamus, which included a request to stay a hearing set for January 29, 2020. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's request for a stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016-EM5-03434, styled *In the Interest of E.S., a Child*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.